165 A.3d 469

**PENDLETON, Troy Pablo**

v.

**STATE of Maryland**

**Pet. Docket No. 49, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 466, Sept. Term, 2016).

Petition for writ of certiorari denied

∎

165 A.3d 469

**PILKERTON**

v.

**NADEL**

**Pet. Docket No. 192, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2710, Sept. Term, 2015).

Petition for writ of certiorari dismissed